# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Abigail Ann Barringer | § | Case No. 15-17246 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 8,263.00                      Assets Exempt: 6,550.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 5,931.34      Claims Discharged
                                                Without Payment: 100,320.91

Total Expenses of Administration: 1,568.66

---

3) Total gross receipts of $ 9,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 2,000.00 (see **Exhibit 2**), yielded net receipts of $ 7,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 17,299.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,568.66 | 1,568.66 | 1,568.66 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 51,848.00 | 38,729.54 | 37,105.25 | 5,931.34 |
| **TOTAL DISBURSEMENTS** | $ 69,147.00 | $ 40,298.20 | $ 38,673.91 | $ 7,500.00 |

4) This case was originally filed under chapter 7 on 05/15/2015. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2017          By:/s/Frank J. Kokoszka, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's ex-husband owes her $8,000.00 pursuant to the divor | 1129-000 | 8,000.00 |
| Preference- Bank of America | 1241-000 | 1,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$9,500.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Abigail Ann Barringer | Exemptions | 8100-002 | 2,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 2,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Fifth Third BANK Attn: Bankruptcy Dept. 5050 Kingsley Dr Cincinnati OH 45227 | | 17,299.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 17,299.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,500.00 | 1,500.00 | 1,500.00 |
| Frank J. Kokoszka | 2200-000 | NA | 21.00 | 21.00 | 21.00 |
| Bank of Kansas City | 2600-000 | NA | 47.66 | 47.66 | 47.66 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,568.66 | $ 1,568.66 | $ 1,568.66 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Angelina Filippo Bankruptcy Department 322 S Prospect Ave Bartlett IL 60103 | | 4,000.00 | NA | NA | 0.00 |
| | 10 Kohls/Capone Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 608.00 | NA | NA | 0.00 |
| | 11 Navient Attn: Bankruptcy Dept. Po Box 9655 Wilkes Barre PA 18773 | | 15,484.00 | NA | NA | 0.00 |
| | 12 Navient Attn: Bankruptcy Dept. Po Box 9500 Wilkes Barre PA 18773 | | 2,299.00 | NA | NA | 0.00 |
| | 13 Sallie MAE Attn: Bankruptcy Dept. 300 Continental Dr Newark DE 19713 | | 1,650.00 | NA | NA | 0.00 |
| | 14 UNVL/CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 8,865.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 BK OF AMER Attn: Bankruptcy Dept. Po Box 982235 El Paso TX 79998 | | 1,987.00 | NA | NA | 0.00 |
| | 3 CAP1/Bstby Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| | 4 CAP1/Carsn Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| | 5 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 512.00 | NA | NA | 0.00 |
| | 6 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 937.00 | NA | NA | 0.00 |
| | 7 Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 1,530.00 | NA | NA | 0.00 |
| | 8 Discover Personal LOAN Attn: Bankruptcy Dept. Po Box 30954 Salt Lake City UT 84130 | | 10,551.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Discover Student Loans Attn: Bankruptcy Dept. Po Box 30948 Salt Lake City UT 84130 | | 3,425.00 | NA | NA | 0.00 |
| 1 | Discover Personal Loan | 7100-000 | NA | 10,496.48 | 10,496.48 | 1,677.88 |
| 4 | Navient Solutions Inc | 7100-000 | NA | 2,229.53 | 2,229.53 | 356.39 |
| 2 | Navient Solutions, Inc. | 7100-000 | NA | 15,488.24 | 15,488.24 | 2,475.82 |
| 5 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 8,891.00 | 8,891.00 | 1,421.25 |
| 3 | Sallie Mae | 7100-000 | NA | 1,624.29 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 51,848.00 | $ 38,729.54 | $ 37,105.25 | $ 5,931.34 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 15-17246 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Abigail Ann Barringer | | | | Date Filed (f) or Converted (c): | 05/15/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/23/2015 |
| For Period Ending: | 01/03/2017 | | | | Claims Bar Date: | 10/02/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. American Chartered Bank checking Account | 0.00 | 0.00 | | 0.00 | FA |
| 2. American Chartered Bank Savings Account | 1.00 | 1.00 | | 0.00 | FA |
| 3. Household Goods | 1,000.00 | 900.00 | | 0.00 | FA |
| 4. Books, Cd's, DVD's, Tapes/Records, Family Pictures. | 100.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 6. Engagement Ring | 1,000.00 | 101.00 | | 0.00 | FA |
| 7. Debtor's ex-husband owes her $8,000.00 pursuant to the divor Trustee will be issing a check to the debtor in the amount of $2,000 for her exemption. | 8,000.00 | 6,000.00 | | 8,000.00 | FA |
| 8. US Savings Bond Series EE | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. 2013 Hyundai Accent with 16,000 miles | 9,362.00 | 0.00 | | 0.00 | FA |
| 10. Earrings, watch, costume jewelry | 300.00 | 300.00 | | 0.00 | FA |
| 11. Family pets/Animals 1 cat | 0.00 | 0.00 | | 0.00 | FA |
| 12. Preference- Bank of America (u) Bank of America voluntarily returned a preferential payment | 1,500.00 | 1,500.00 | | 1,500.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $22,313.00 | $8,802.00 | | $9,500.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) (Page: 8)

Funds owed to Debtor by ex-wife have been received pursuant to a Motion for Turnover.

Government Bar Date is set for 11/12/2015

Exhibit 8

Trustee is also investigating one potential preference claim.

9/19/2016- Creditor Sallie Mae returned Funds. Trustee is in process of re-distributing returned funds to remaining creditors.

Initial Projected Date of Final Report (TFR): 01/31/2016       Current Projected Date of Final Report (TFR): 02/29/2016

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-17246
Case Name: Abigail Ann Barringer
Taxpayer ID No: XX-XXX6143
For Period Ending: 01/03/2017

Trustee Name: Frank J. Kokoszka, Trustee
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0058
Checking
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/13/15 | 7 | Robert Cooper<br>248 Nicole Drive<br>Unit D<br>South Elgin, il 60177-3630 | Accounts Receivable<br>Funds owed to debtor by her ex-husband<br>Trustee shall issue a check to the debtor for the amount of $2,000 for he exemption. | 1129-000 | $8,000.00 | | $8,000.00 |
| 08/31/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $7,990.00 |
| 09/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.49 | $7,978.51 |
| 10/19/15 | 12 | Bank of America NA<br>Dept AZ9-503-02-57<br>1825 E Buckeye Rd<br>Phoenix AZ 85034-4216 | Preference Payment<br>Voluntary return of preference payment | 1241-000 | $1,500.00 | | $9,478.51 |
| 10/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.56 | $9,465.95 |
| 11/09/15 | 101 | Abigail Ann Barringer<br>713 GARDENIA LANE<br>BARTLETT, IL 60103 | Debtor's Exemption<br>Debtor properly claimed a wildcard exemption of $2,000.00 in funds owed from ex-husband | 8100-002 | | $2,000.00 | $7,465.95 |
| 11/30/15 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.61 | $7,452.34 |
| 03/18/16 | 102 | Frank J. Kokoszka | Distribution | | | $1,521.00 | $5,931.34 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.   ($1,500.00) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order.   ($21.00) | 2200-000 | | | |

Page Subtotals:    $9,500.00    $3,568.66

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-17246 | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|
| Case Name: | Abigail Ann Barringer | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0058 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6143 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/18/16 | 103 | Discover Personal Loan<br>Attn: Bankruptcy Dept.<br>Po Box 30954<br>Salt Lake City, Ut 84130 | Final distribution to claim 1 representing a payment of 15.31 % per court order. | 7100-000 | | $1,607.51 | $4,323.83 |
| 03/18/16 | 104 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 2 representing a payment of 15.31 % per court order. | 7100-000 | | $2,371.99 | $1,951.84 |
| 03/18/16 | 105 | Sallie Mae<br>P.O. Box 3319<br>Wilmington, De 19804-4319 | Final distribution to claim 3 representing a payment of 15.31 % per court order. | 7100-000 | | $248.76 | $1,703.08 |
| 03/18/16 | 106 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Final distribution to claim 4 representing a payment of 15.31 % per court order. | 7100-000 | | $341.45 | $1,361.63 |
| 03/18/16 | 107 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 15.31 % per court order. | 7100-000 | | $1,361.63 | $0.00 |
| 04/25/16 | | Sallie Mae Servicing<br>P.O. Box 3319<br>Wilmington, DE 19804-4319 | Return of Funds From Creditor Creditor sent a refund check for $248.76 because the claim has been paid in full from another source. | 7100-000 | | ($248.76) | $248.76 |
| 12/20/16 | 108 | Discover Personal Loan<br>Attn: Bankruptcy Dept.<br>Po Box 30954<br>Salt Lake City, Ut 84130 | Final distribution to claim 1 representing a payment of 15.99 % per court order. | 7100-000 | | $70.37 | $178.39 |
| 12/20/16 | 109 | Navient Solutions, Inc.<br>P.O. Box 9640<br>Wilkes-Barre, Pa 18773-9640 | Final distribution to claim 2 representing a payment of 15.99 % per court order. | 7100-000 | | $103.83 | $74.56 |
| 12/20/16 | 110 | Navient Solutions Inc<br>220 Lasley Ave.<br>Wilkes-Barre Pa. 18706 | Final distribution to claim 4 representing a payment of 15.99 % per court order. | 7100-000 | | $14.94 | $59.62 |

Page Subtotals: $0.00    $5,871.72

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-17246 | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|
| Case Name: | Abigail Ann Barringer | Bank Name: | Bank of Kansas City |
| | | Account Number/CD#: | XXXXXX0058 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX6143 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/03/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/20/16 | 111 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 5 representing a payment of 15.99 % per court order. | 7100-000 | | $59.62 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $9,500.00 | $9,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,500.00 | $9,500.00 |
| Less: Payments to Debtors | $0.00 | $2,000.00 |
| Net | $9,500.00 | $7,500.00 |

Page Subtotals:   $0.00   $59.62

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0058 - Checking | $9,500.00 | $7,500.00 | $0.00 |
|  | $9,500.00 | $7,500.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,500.00 |
| Total Gross Receipts: | $9,500.00 |

Page Subtotals:   $0.00   $0.00